UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA  CASE NO. 3:07-mj-0015 CMK

vs.  ORDER TO PAY

ROBERT LIVINGSTON DINGMAN

The Defendant, having been found guilty of all counts, after entry of guilty pleas thereto, is

ORDERED TO PAY THE FOLLOWING:

| Count I   | Fine: $475.00 | Assessment: $25.00 |
| Count II  | Fine: $_____ | Assessment: $_____ |
| Count III | Fine: $_____ | Assessment: $_____ |
| Count IV  | Fine: $_____ | Assessment: $_____ |
| Count V   | Fine: $_____ | Assessment: $_____ |

(X)  FINE TOTAL OF $475.00 and a penalty assessment of $25.00 in installments of $50.00 per month commencing on October 1, 2007, and due on the first day of each month thereafter until paid in full, payable to:   CLERK, USDC, 501 I Street, Sacramento, CA 95814

(X)  RESTITUTION OF $190.00 to Trinity County Vehicle Abatement by January 1, 2008, payable to:   Trinity County Vehicle Abatement, Attn: Jim Berry, P.O. Box 2700, Weaverville, CA 96093

(X)  PROBATION to be unsupervised for a period of one year. During the term of probation Defendant shall obey all state, federal and local laws. Defendant is precluded from entering onto public lands until the fine and restitution are paid in full. Probation to terminate upon payment.

Dated: August 28, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE